# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| COOPER INDUSTRIES, INC. | * |
| Plaintiff | * |
| VS. | * NO: 4:04CV00593 SWW |
| AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE | * |
| Defendant | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 29th DAY OF JULY, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE